# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| United States of America, | **JUDGMENT IN A CRIMINAL CASE** |
| Plaintiff, | |
| v. | Case No. 21-cr-88 ADM/TNL |
| Sam Horace Meeks, | |
| Defendant. | |

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED THAT:**

1. The Motion of the United States to Dismiss Indictment [ECF No. 51] is **GRANTED**; and

2. The Indictment against Defendant Sam Horace Meeks is **DISMISSED WITHOUT PREJUDICE**.

Date: March 14, 2022                                    Kate M. Fogarty, Clerk